```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

JOSEPH O. KUTI,                  §
                                 §
    Plaintiff,                  §
                                 §
vs.                              §    C.A. NO. C-04-556
                                 §
TEXAS A&M UNIVERSITY-            §
KINGSVILLE, et al,               §
                                 §
    Defendants.                 §

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME

On this day came on to be considered Plaintiff's Unopposed Motion to Enlarge Time.  In his motion, Plaintiff's counsel requests more time to respond to Defendants' Motion for Summary Judgment on the grounds that his client's medical condition has rendered him unable to consult with his attorney.  Defendant does not oppose the granting of an extension.  Plaintiff's Unopposed Motion is therefore GRANTED, and his deadline to respond is extended to September 27, 2005.  On that day, at 1:15 PM, the Court will hold a status conference to determine whether a longer extension is appropriate.  If Plaintiff's counsel desires a longer extension, he must present Mr. Kuti's doctors to testify at the status conference regarding his client's condition.

SIGNED and ENTERED this 15th day of September, 2005.

_____
Janis Graham Jack
United States District Judge